**Debra L. THARNISH, Appellant,**

v.

**KELLEY TRANSPORTATION, and Missouri Employers Mutual Insurance Company, Respondents.**

No. ED 78792.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 12, 2001.

Dean L. Christianson, St. Louis, for appellant.

Holy M. McIntyre, St. Louis, for respondent.

Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Appellant Debra Tharnish appeals from the final award of the Labor and Industrial Relations Commission denying compensation. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a brief memorandum explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).